**2013–1973.   State v. Johnson.**
Butler App. No. CA2012–11–235, 2013-Ohio-4865.
   O'DONNELL and KENNEDY, JJ., dissent.